**LODGED**
CLERK, U.S. DISTRICT COURT

3/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

**F I L E D**
CLERK, U.S. DISTRICT COURT

3/17/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ ts _____ DEPUTY

1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   KEVIN J. BUTLER (Cal. Bar No. 329129)
4  JENA A. MACCABE (Cal. Bar No. 316637)
   Assistant United States Attorneys
5  Violent and Organized Crime Section
        1300 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-6495/5046
        Facsimile: (213) 894-0141
8       E-mail:    kevin.butler2@usdoj.gov
                   jena.maccabe@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                  UNITED STATES DISTRICT COURT

12             FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,            No. 2:25-MJ-01494-DUTY-1

14        Plaintiff,                    GOVERNMENT'S NOTICE OF REQUEST FOR
                                        DETENTION
15           v.

16 EUGENE HENLEY, JR.,
      aka "Big U,"
17    aka "Unc,"
      aka "Draws,"
18    aka "Hannibal,"
      aka "Hannibal Muhammad,"
19    aka "Anybody Killa,"
      aka "Dave Austin,"
20
           Defendant.
21

22      Plaintiff, United States of America, by and through its counsel

23 of record, hereby requests detention of defendant and gives notice of

24 the following material factors:

25 ☐  1.   Temporary 10-day Detention Requested (§ 3142(d)) on the

26         following grounds:

27

28

☐ a.    present offense committed while defendant was on release

pending (felony trial),

☐ b.    defendant is an alien not lawfully admitted for

permanent residence; <u>and</u>

☐ c.    defendant may flee; or

☐ d.    pose a danger to another or the community.

☒ 2.    Pretrial Detention Requested (§ 3142(e)) because no

condition or combination of conditions will reasonably

assure:

☒ a.    the appearance of the defendant as required;

☒ b.    safety of any other person and the community.

☐ 3.    Detention Requested Pending Supervised Release/Probation

Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.

§ 3143(a)):

☐ a.    defendant cannot establish by clear and convincing

evidence that he/she will not pose a danger to any

other person or to the community;

☐ b.    defendant cannot establish by clear and convincing

evidence that he/she will not flee.

☐ 4.    Presumptions Applicable to Pretrial Detention (18 U.S.C.

§ 3142(e)):

☐ a.    Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")

(46 U.S.C. App. 1901 <u>et seq.</u>) offense with 10-year or

greater maximum penalty (presumption of danger to

community and flight risk);

2

1      ☐    b.    offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or

2                 2332b(g)(5)(B) with 10-year or greater maximum penalty

3                 (presumption of danger to community and flight risk);

4      ☐    c.    offense involving a minor victim under 18 U.S.C.

5                 §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,

6                 2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),

7                 2260, 2421, 2422, 2423 or 2425 (presumption of danger

8                 to community and flight risk);

9      ☐    d.    defendant currently charged with an offense described

10                in paragraph 5a - 5e below, AND defendant was

11                previously convicted of an offense described in

12                paragraph 5a - 5e below (whether Federal or

13                State/local), AND that previous offense was committed

14                while defendant was on release pending trial, AND the

15                current offense was committed within five years of

16                conviction or release from prison on the above-

17                described previous conviction (presumption of danger to

18                community).

19    ☒    5.    Government Is Entitled to Detention Hearing Under § 3142(f)

20                If the Case Involves:

21    ☒    a.    a crime of violence (as defined in 18 U.S.C.

22                § 3156(a)(4)), a violation of 18 U.S.C. § 1591, or

23                Federal crime of terrorism (as defined in 18 U.S.C.

24                § 2332b(g)(5)(B)) for which maximum sentence is 10

25                years' imprisonment or more;

26    ☒    b.    an offense for which maximum sentence is life

27                imprisonment or death;

28

3

1    ☐   c.     Title 21 or MDLEA offense for which maximum sentence is

2              10 years' imprisonment or more;

3    ☐   d.     any felony if defendant has two or more convictions for

4              a crime set forth in a-c above or for an offense under

5              state or local law that would qualify under a, b, or c

6              if federal jurisdiction were present, or a combination

7              or such offenses;

8    ☒   e.     any felony not otherwise a crime of violence that

9              involves a minor victim or the possession or use of a

10             firearm or destructive device (as defined in 18 U.S.C.

11             § 921), or any other dangerous weapon, or involves a

12             failure to register under 18 U.S.C. § 2250;

13   ☒   f.     serious risk defendant will flee;

14   ☒   g.     serious risk defendant will (obstruct or attempt to

15             obstruct justice) or (threaten, injure, or intimidate

16             prospective witness or juror, or attempt to do so).

17   ☐  6.   Government requests continuance of _____ days for detention

18          hearing under § 3142(f) and based upon the following

19          reason(s):

20

21          _____

22          _____

23          _____

24 //        _____

25 //

26 //

27 //

28 //

4

1 ☐  7.   Good cause for continuance in excess of three days exists in

2          that:

3

4          _____

5          _____

6          _____

7          _____

8   Dated: March 17, 2025          Respectfully submitted,

9                                  JOSEPH T. MCNALLY
                                   Acting United States Attorney
10
                                   LINDSEY GREER DOTSON
11                                 Assistant United States Attorney
                                   Chief, Criminal Division
12

13                                   ___/s/_____
                                   KEVIN J. BUTLER
14                                 JENA A. MACCABE
                                   Assistant United States Attorneys
15
                                   Attorneys for Plaintiff
16                                 UNITED STATES OF AMERICA

17

18

19

20

21

22

23

24

25

26

27

28

                                   5