```
LODGED
CLERK, U.S. DISTRICT COURT
3/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____MMC_____ DEPUTY
```

```
FILED
CLERK, U.S. DISTRICT COURT
3/17/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ts_____ DEPUTY
```

1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  LINDSEY GREER DOTSON
   Assistant United States Attorney
3  Chief, Criminal Division
   KEVIN J. BUTLER (Cal. Bar No. 329129)
4  JENA A. MACCABE (Cal. Bar No. 316637)
   Assistant United States Attorneys
5  Violent and Organized Crime Section
        1300 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone: (213) 894-6495/5046
        Facsimile: (213) 894-0141
8       E-mail:    kevin.butler2@usdoj.gov
                   jena.maccabe@usdoj.gov
9
   Attorneys for Plaintiff
10 UNITED STATES OF AMERICA

11                 UNITED STATES DISTRICT COURT

12              FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          No. 2:25-MJ-01494-DUTY

14         Plaintiff,                 [~~PROPOSED~~] ORDER SEALING
                                      DOCUMENTS
15              v.
                                      **(UNDER SEAL)**
16 EUGENE HENLEY, JR., et al.,

17         Defendants.

18

19      For good cause shown, IT IS HEREBY ORDERED that the criminal

20 complaint, arrest warrants, search warrants, and all attachments

21 thereto, the application for the criminal complaint, arrest

22 warrants, search warrants, and all attachments thereto, as well as

23 the ex parte application for order sealing documents, the memorandum

24 of points and authorities, the declaration of Jena A. MacCabe, and

25 this Court's sealing order, and all documents subsequently filed

26 under this same case number until such time as any defendant in this

27 case is arrested, at which time the documents will be deemed

28 automatically unsealed, or until the government determines that

these materials are subject to its discovery obligations in connection with criminal proceedings or other obligations under the Federal Rules of Criminal Procedure, at which time they may be produced to defendants.

    IT IS SO ORDERED.

| | |
|---|---|
| March 17, 2025 | *Patricia Donahue* |
| DATE | HON. PATRICIA DONAHUE<br>UNITED STATES MAGISTRATE JUDGE |

**IN CASE OF DENIAL:**

    The government's application for an order sealing documents is DENIED. The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

    IT IS SO ORDERED.

| | |
|---|---|
| DATE | UNITED STATES MAGISTRATE JUDGE |

Presented by:

  /s/
KEVIN J. BUTLER
Assistant United States Attorney